UNITED STATES BANKRUPTCY CODE
EASTERN DISTRICT OF WISCONSIN

IN RE:

Christopher E. Seter  Case No. 05-37849-JES-7
Leah S. Seter  Chapter 7

**Received**

JUL 24 2007

US Trustee's Office
Eastern District of WI

Debtors

## TRUSTEE'S FINAL REPORT

I, <u>DOUGLAS F. MANN</u>, Trustee of the estate of the above-named Debtor(s), certify to the Court and to the United States Trustee, that the Trustee has faithfully and properly fulfilled the duties of the office of the Trustee.

Therefore, the Trustee requests that the Final Report be accepted.

Date: July 23, 2007

_____
Douglas F. Mann, Trustee

---

### REVIEW BY THE UNITED STATES TRUSTEE

I have reviewed the Trustee's Final Report.

Office of the U. S. Trustee
UNITED STATES TRUSTEE

Date: September 14, 2007

_____
Office of the United States Trustee

01/00

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:

Christopher E. Seter,  Case No. 05-37849-JES-7
Leah S. Seter  Chapter 7
    Debtors

## FINAL REPORT AND MOTION FOR ALLOWANCE OF ADMINISTRATIVE CLAIMS

Now comes <u>Douglas F. Mann,</u> Trustee who makes this Final Report and moves the Court for an Order Allowing Administrative Expenses and in support states as follows:

1. That I have served as Chapter 7 Trustee since <u>September 30, 2005.</u>

2. That the attached Final Report consisting of an Individual Estate Property Record and Report (Form 1) and Cash Receipts and Disbursements Records (Form 2) are true, accurate and complete to the best of my knowledge.

3. That I have fully complied with all duties of a Trustee under Chapter 7 of the Bankruptcy Code and all applicable Local Rules in this District.

4. That the time for filing claims herein has expired and that I have personally examined all claims on file herein to the extent warranted under the circumstances of this case.

5. That all assets of this case have been fully administered by me and reported as indicated on Form 1 herein.

6. That all expenses of administration paid during the administration were reasonable and necessary for the efficient administration of the case.

7. That the maximum allowable Trustee commission herein is <u>$1,351.81</u> and that the Trustee has incurred expenses totaling <u>$114.89</u>; both as set out in detail on Exhibit 1. Said commission and expenses are reasonable and should be allowed.

Dated July 23, 2007

                                                Douglas F. Mann, Trustee

01/00

# EXHIBIT 1 TO TRUSTEE'S FINAL REPORT

## (USE THIS FORM ONLY FOR CASES FILED ON OR AFTER OCTOBER 22, 1994)

Case Name: Christopher E. Seter and Leah S. Seter   Case No.: 05-37849-JES-7

1. **Calculation of Maximum Commission:**

   | | | | |
   |---|---|---|---|
   | Total Assets | | $ | 6,018.14* |
   | 0 - 5,000 | 25% | $ | 1,250.00 |
   | 5,001 - 50,000 | 10% | $ | 101.81 |
   | 50,001 - 1,000,000 | 5% | $ | |
   | OVER 1,000,000 | 3% | $ | |
   | **Total Commission:** | | $ | 1,351.81 |

   If total commission exceeds $5,000, please attach detailed statement of hours spent on the case.
   Secured claims totaling $ 0.00 will be paid from said assets.
   Secured claims totaling $ 0.00 have been paid from said assets.
   *Total amount of assets should not include any amounts to be returned to debtor.

2. **Trustee Expenses:**

   a. Photocopies                                                          $   76.80
      512 copies at $0.15 each = $76.80
   b. Others: (Specify - Do not include professional fees.)                 $   38.09
      32 stamps at $0.39 = $12.48
      5 stamps at $0.63 = $3.15
      1 stamp at $0.87 = $0.87
      1 stamp at $2.09 = $2.09
      Total postage: $18.59
      50 Incoming Faxes @ $.25/Pg = $12.50
      28 Outgoing Faxes @ $.25/Page = $7.00

   **Total Expenses:**                                                     $  114.89

01/00

Case 05-37849-jes   Doc 39   Filed 09/17/07   Page 3 of 16

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 05-37849 JES Judge: James E. Shapiro |
|---|---|
| Case Name: | Seter, Christopher E. |
| | Seter, Leah S. |
| For Period Ending: | 08/27/07 |

| Trustee Name: | DOUGLAS F. MANN, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 09/30/05 (f) |
| 341(a) Meeting Date: | 11/09/05 |
| Claims Bar Date: | 04/19/06 |

Received AUG 28 2007
US Trustee's Office
Eastern District of WI

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| HOMESTEAD 1107 Forest Road in Lakewood, Ohio 44107 | 550,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Checking Account National City Bank | 700.00 | 0.00 | OA | 0.00 | FA |
| 3. HOUSEHOLD GOODS & FURNISHINGS | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 4. WEARING APPAREL | 100.00 | 0.00 | OA | 0.00 | FA |
| 5. Wedding Rings, Watches and Misc. Jewelry | 5,700.00 | 0.00 | OA | 0.00 | FA |
| 6. Golf Clubs, Skis and Camera | 500.00 | 0.00 | OA | 0.00 | FA |
| 7. Lutheran Brotherhood Insurance | 200.00 | 0.00 | OA | 0.00 | FA |
| 8. Term Life through Employer | 0.00 | 0.00 | OA | 0.00 | FA |
| 9. Roth IRA | 3,014.12 | 0.00 | OA | 0.00 | FA |
| 10. IRA/PENSION/PROFIT SHARING PLANS | 2,048.60 | 0.00 | OA | 0.00 | FA |
| 11. 401(k) | 6,503.46 | 0.00 | OA | 0.00 | FA |
| 12. SEP IRA | 12,419.96 | 0.00 | OA | 0.00 | FA |
| 13. ROTH IRA | 5,102.77 | 0.00 | OA | 0.00 | FA |
| 14. 2003 Tax Refund - IRS | 5,822.00 | 0.00 | OA | 0.00 | FA |
| 15. Claim Against Miles Seter Set forth in counterclaim in Case No. 2004CV011176, Milwaukee County, Wisconsin | Unknown | 0.00 | OA | 0.00 | FA |
| 16. 1998 Toyota Land Cruiser | 18,500.00 | 0.00 | OA | 0.00 | FA |
| 17. Preference Helga Seter was paid $10,000.00 out of closing on Milwaukee house in July for payment of a $10,000.00 deposit to an Ohio broker in May, 2005 for downpayment on house in Ohio. Disclosed on Statement of Financial Affairs; Attorney for Trustee settled in Compromise for $6,000.00 in installment payments | 10,000.00 | 10,000.00 | | 6,000.00 | FA |
| 18. Preference (u) | 150,000.00 | 150,000.00 | OA | 0.00 | FA |

LFORM1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ver: 12.52

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 05-37849 JES Judge: James E. Shapiro
Case Name: Seter, Christopher E.
Seter, Leah S.

Trustee Name: DOUGLAS F. MANN, TRUSTEE
Date Filed (f) or Converted (c): 09/30/05 (f)
341(a) Meeting Date: 11/09/05
Claims Bar Date: 04/19/06

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| McKinley Associates, Inc. | Unknown | N/A | | 23.26 | Unknown |
| Post-Petition Interest Deposits (u) | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 10.25% Interest in Seter Engineering | | | | | |
| TOTALS (Excluding Unknown Values) | $ 780,610.91 | $ 160,000.00 | | $ 6,023.26 | $0.00 |

Gross Value of Remaining Assets

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

This case involved a preference payment to debtor's mother of $10,000.00 which resulted in a compromise and a potential fraudulent conveyance/preferential payment to McKinley Associates, Inc. involving the transfer of a mortgage interest in real estate which was sold in the estimated amount of $150,000.00. Trustee employed Attorney George to litigate. An Adversary was filed (06-2297). After investigation and review, it was determined that McKinley Associates, Inc. has a valid defense and the potential fraudulent conveyance/preferential payment was subsequently abandoned.

Initial Projected Date of Final Report (TFR): 12/31/07    Current Projected Date of Final Report (TFR): 12/31/08

LFORM1    Ver: 12.52

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-37849 -JES | Trustee Name: | DOUGLAS F. MANN, TRUSTEE |
|---|---|---|---|
| Case Name: | Seter, Christopher E. | Bank Name: | BANK OF AMERICA |
| | Seter, Leah S. | Account Number / CD #: | *******7363 Money Market Account (Interest Earn |
| Taxpayer ID No: | ******4531 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| For Period Ending: | 07/23/07 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/02/07 | 17 | Helga M/Bruce A Seter<br>1285 Apache Trl<br>Brookfield, WI 53005 | Compromise claim - Preference | 1141-000 | 1,000.00 | | 1,000.00 |
| 01/31/07 | 19 | BANK OF AMERICA | INTEREST REC'D FROM BANK - 1.00% | 1270-000 | 0.73 | | 1,000.73 |
| 02/28/07 | 19 | BANK OF AMERICA | INTEREST REC'D FROM BANK - 1.01% | 1270-000 | 0.77 | | 1,001.50 |
| 03/21/07 | 17 | Helga M/Bruce A Seter<br>1285 Apache Trl<br>Brookfield, WI 53005 | Compromise claim - Preferece<br>Per Order Approving Compromise 06/26/07 | 1141-000 | 5,000.00 | | 6,001.50 |
| 03/30/07 | 19 | BANK OF AMERICA | INTEREST REC'D FROM BANK - 1.00% | 1270-000 | 1.66 | | 6,003.16 |
| 04/30/07 | 19 | BANK OF AMERICA | INTEREST REC'D FROM BANK - 1.01% | 1270-000 | 4.94 | | 6,008.10 |
| 05/31/07 | 19 | BANK OF AMERICA | INTEREST REC'D FROM BANK - 1.00% | 1270-000 | 5.10 | | 6,013.20 |
| 06/29/07 | 19 | BANK OF AMERICA | INTEREST REC'D FROM BANK - 1.00% | 1270-000 | 4.94 | | 6,018.14 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,018.14 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 6,018.14 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 6,018.14 | 0.00 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS<br>Money Market Account (Interest Earn - *******7363 | 6,018.14 | 0.00 | 6,018.14 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | |
| | 6,018.14 | | 6,018.14 |
| | | | Total Funds On Hand |

Page Subtotals 6,018.14 0.00

Case 05-37849-jes    Doc 39    Filed 09/17/07    Page 6 of 16

Ver: 12.51

LFORM24

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:

Christopher E. Seter
Leah S. Seter

Case No. 05-37849-JES-7

Debtors

## TRUSTEE'S CLASSIFICATION OF CLAIMS

I have examined the proofs of claims now on file with the Court and all claims should be allowed as defined in the attached Exhibit 1, except those to which objections have been filed.

Dated this 23rd day of July, 2007

_____
Douglas F. Mann
Trustee

# ADDENDUM TO EXHIBIT 1 to Trustee's Classification of Claims

CASE NAME: Christopher E. Seter    CASE NO.: 05-37849-JES-7

PRIORITIES: (11 USC, Section 507)

I. VALID SUPER PRIORITY/LIEN PRIOR TO TAX LIENS: NONE

II. FIRST AND SECOND PRIORITY (Section 507(a)(1) and (2)) - Administrative/Priority Claims - (Trustee, Attorneys, Appraiser, Auctioneer & Expenses) (If tax lien(s), then A-G to Extent of Tax Lien(s))

    A. CHAPTER 7

| Claim No. | Name of Claimant | Type of Claim/Notes | Amount of Allowed Claim |
|---|---|---|---|
| | Douglas F. Mann<br>740 North Plankinton Avenue<br>Suite 210<br>Milwaukee, WI 53203 | Trustee | $ 1,466.70<br>(fees, $1,351.81<br>exp., $114.89) |
| | VIRGINIA GEORGE<br>4421 N. Oakland Avenue, #201<br>Milwaukee, WI 53211 | Attorney for Trustee | $ 2,100.00<br>(fees, $2,100.00<br>exp., $0.00) |
| | Christopher L. Austin<br>Clerk of the U. S. Bankruptcy Court<br>126 Federal Courthouse<br>517 E. Wisconsin Ave.<br>Milwaukee, WI 53202 | Clerk of the Court Costs<br>Adversary No. 06-2297 | $ 250.00<br>(fees, $250.00<br>exp., $0.00) |

**CHAPTER 11 OR 13: NONE**

    B. INVOLUNTARY GAP CLAIMS (Section 507(a) (2) and 502(f): NONE

    C. THIRD PRIORITY (Section 507(a)(3)) - Wages and employee benefits and certain sales commissions, etc., up to combined total of $2,000 ($4,000 for cases filed on or after October 22, 1994; $4,300 for cases filed after April 1, 1998): NONE

ADDENDUM TO EXHIBIT 1 to Trustee's Classification of Claims

CASE NAME: Christopher E. Seter          CASE NO.: 05-37849-JES-7

D. FOURTH PRIORITY (Section 507(a)(4)) - Claims for contributions to employee benefit plans, up to combined total of $2,000 ($4,000 for cases filed on or after October 22,1994; $4,300 for cases filed after April 1, 1998):NONE

E. FIFTH PRIORITY (Section 507(a)(5)) - Allowed claims of certain individuals engaged in grain production or engaged as U.S. fishermen up to $2,000 ($4,000 for cases filed on or after October 22, 1994; $4,300 for cases filed after April 1, 1998): NONE

F. SIXTH PRIORITY (Section 507(a)(6)) - Layaway, etc., up to $900 for each claimant ($1,800 for cases filed on or after October 22, 1994; $1,950 for cases filed after April 1, 1998): NONE

G. SEVENTH PRIORITY (Section 507(a) (7)) - Alimony, maintenance, and support: NONE

III. EIGHTH PRIORITY-TAX LIENS (Less amounts paid to priority claims II A-G)(Section 724): NONE

IV. VALID LIENS SUBORDINATE TO TAX LIENS: NONE

V. TAX LIENS (To extent not paid under III): NONE

VI. UNSECURED PRIORITY TAXES:

| Claim No. | Name of Claimant | Type of Claim/Notes | Amount of Allowed Claim |
|---|---|---|---|
| 000001 | Wisconsin Department of Revenue<br>Attention: James Polkowski<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Claims of Governmental Units-- 507 | $ 620.58 |
| 000014 | State of Wisconsin<br>Department of Revenue<br>PO Box 8901<br>Madison, WI 53708-8901 | Claims of Governmental Units-- 507 | $ 1,531.82 |

VII. NINTH PRIORITY (Section 507(a) (9)) - Other Unsecured Priority (FDIC, RTC, etc.): NONE

## ADDENDUM TO EXHIBIT 1 to Trustee's Classification of Claims

**CASE NAME:** Christopher E. Seter  **CASE NO.:** 05-37849-JES-7

VIII. DEATH & PERSONAL INJURY CLAIMS for DUI (Section 507(a) (10)): NONE

IX. GENERAL UNSECURED CLAIMS:

| Claim No. | Name of Claimant | Type of Claim/Notes | Amount of Allowed Claim |
|---|---|---|---|
| 000002 | Robison's-May<br>P.O. Box 66955<br>St. Louis, MO 63166 | Payments to Unsecured Credit Card Holders | $ 448.72 |
| 000003 | Marshall Fields<br>P.O. Box 66955<br>St. Louis, MO 63166 | Payments to Unsecured Credit Card Holders | $ 4,002.00 |
| 000004 | MBW Plumbing Company, Inc.<br>2090 South 55th Street<br>Milwaukee, WI 53219 | General Unsecured 726 | $ 234.85 |
| 000005 | University of Michigan Physicians<br>c/o L.J. Ross Associates, Inc.<br>P.O. Box 2317<br>Ann Arbor, MI 48106-2317 | General Unsecured 726 | $ 64.20 |
| 000006 | FDS BANK/MACY'S<br>TSYS DEBT MGMT.,INC<br>P.O. BOX 137<br>COLUMBUS, GA 31902-0137 | Payments to Unsecured Credit Card Holders | $ 164.21 |
| 000007 | St. Francis Bank<br>Atty. Roert Pyzyk<br>Niebler, Pyzyk, Klaver & Wagner LLP<br>N94W17900 Appleton Ave., #200<br>PO Box 444<br>Menomonee Falls, WI 53052-0444 | General Unsecured 726 | $ 333,273.61 |

# ADDENDUM TO EXHIBIT 1 to Trustee's Classification of Claims

**CASE NAME:** Christopher E. Seter  **CASE NO.:** 05-37849-JES-7

| Claim No. | Name of Claimant | Type of Claim/Notes | Amount of Allowed Claim |
|---|---|---|---:|
| 000008 | United Hospital System, Inc.<br>Oliver Adjustment Co.<br>of Kenosha & Racine<br>3917 - 47th Ave.<br>Kenosha, WI 53144 | General Unsecured 726 | $ 682.64 |
| 000009 | Miles A. Seter<br>c/o Whyte Hirschboeck Dudek S.C.<br>Attn: Patrick B. Howell<br>555 E. Wells St., Suite 1900<br>Milwaukee, WI 53202 | General Unsecured 726 | $ 327,713.58 |
| 000010 | US BANK CORP/RETAIL PAYMENT SOLUTIONS<br>PO BOX 5229<br>CINCINNATI, OHIO 45201 | Payments to Unsecured Credit Card Holders | $ 10,209.73 |
| 000011 | MBNA America Bank NA<br>Mailstop DE5-014-02-03<br>PO Box 15168<br>Wilmington, DE 19850 | Payments to Unsecured Credit Card Holders | $ 17,678.03 |

X.  **LATE FILED CLAIMS:**

| Claim No. | Name of Claimant | Type of Claim/Notes | Amount of Allowed Claim |
|---|---|---|---:|
| 000012 | B-Line, LLC/Cingular Wireless, LLC<br>Mail Stop 550<br>2101 Fourth Avenue, Suite 1030<br>Seattle, WA 98121 | Tardy General Unsecured 726 | $ 525.42 |
| 000013 | B-Line, LLC/Cingular Wireless, LLC<br>Mail Stop 50<br>2101 Fourth Avenue, Suite 1030<br>Seattle, WA 98121 | Tardy General Unsecured 726 | $ 766.08 |

# ADDENDUM TO EXHIBIT 1 to Trustee's Classification of Claims

CASE NAME:  Christopher E. Seter          CASE NO.:  05-37849-JES-7

XI. FINES, PENALTIES OR FORFEITURE INCLUDING TAX PENALTIES:

| Claim No. | Name of Claimant | Type of Claim/Notes | Amount of Allowed Claim |
|---|---|---|---|
| 0014A | State of Wisconsin<br>Department of Revenue<br>PO Box 8901<br>Madison, WI 53708-8901 | Fines, Penalties726 | $ 168.63 |

XII. INTEREST ON CLAIMS (Section 726(a)(5)): NONE

XIII. SUBORDINATED CLAIMS: NONE

XIV. FUNDS RETURNED TO DEBTORS: NONE

I. VALID SUPER PRIORITY/LIEN PRIOR TO TAX LIENS: (Secured Claim(s) not to be paid by the bankruptcy estate):

XII. INTEREST ON CLAIMS (Section 726(a)(5)): NONE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

IN RE:

Christopher E. Seter,                       Case No. 05-37849-JES-7
Leah S. Seter                               Chapter 7
          Debtors

## PROPOSED DISTRIBUTION REPORT

**PRIORITIES:** (11 USC, Section 507)

I.      **FIRST AND SECOND PRIORITY** (Section 507(a)(1) and (2)) - Administrative/Priority Claims
                 (Trustee, Attorneys, Appraiser, Auctioneer & Expenses)
                 (If tax lien(s), then A-G to Extent of Tax Lien(s))

     A.      **CHAPTER 7**

| Claim No. | Name of Claimant | Type of Claim/Notes | Amount of Allowed Claim | Amount of Dividend |
|---|---|---|---|---|
| | Douglas F. Mann | Trustee | $ 1,466.70 | $ 1,466.70 |
| | 740 North Plankinton Avenue Suite 210 Milwaukee, WI 53203 | | (fees, $1,351.81 exp., $114.89) | |
| | VIRGINIA GEORGE | Attorney for Trustee | $ 2,100.00 | $ 2,100.00 |
| | 4421 N. Oakland Avenue, #201 Milwaukee, WI 53211 | | (fees, $2,100.00 exp., $0.00) | |
| | Christopher L. Austin | Clerk of the Court Costs | $ 250.00 | $ 250.00 |
| | Clerk of the U. S. Bankruptcy Court 126 Federal Courthouse 517 E. Wisconsin Ave. Milwaukee, WI 53202 | Adversary No. 06-2297 | (fees, $250.00 exp., $0.00) | |

II.      **UNSECURED PRIORITY TAXES:**

| Claim No. | Name of Claimant | Type of Claim/Notes | Amount of Allowed Claim | Amount of Dividend |
|---|---|---|---|---|
| 000001 | Wisconsin Department of Revenue | Claims of Governmental Units-- 507 | $ 620.58 | $ 620.58 |
| | Attention: James Polkowski Special Procedures Unit P.O. Box 8901 Madison, WI 53708-8901 | | | |

# PROPOSED DISTRIBUTION REPORT - continued

**CASE NAME:** Christopher E. & Leah S. Seter  **CASE NO.:** 05-37849-JES-7

| Claim No. | Name of Claimant | Type of Claim/Notes | Amount of Allowed Claim | Amount of Dividend |
|---|---|---|---|---|
| 000014 | State of Wisconsin<br>Department of Revenue<br>PO Box 8901<br>Madison, WI 53708-8901 | Claims of Governmental Units-- 507 | $ 1,531.82 | $ 1,531.82 |

## III. GENERAL UNSECURED CLAIMS:

BALANCE ON HAND: $49.04
TOTAL GENERAL UNSECURED CLAIMS: $695,931.70
% OF DISTRIBUTION: 0.0070467%

| Claim No. | Name of Claimant | Type of Claim/Notes | Amount of Allowed Claim | Amount of Dividend |
|---|---|---|---|---|
| 000002 | Robison's-May<br>P.O. Box 66955<br>St. Louis, MO 63166 | Payments to Unsecured Credit Card Holders | $ 448.72 | $ 0.03 |
| 000003 | Marshall Fields<br>P.O. Box 66955<br>St. Louis, MO 63166 | Payments to Unsecured Credit Card Holders | $ 4,002.00 | $ 0.28 |
| 000004 | MBW Plumbing Company, Inc.<br>2090 South 55th Street<br>Milwaukee, WI 53219 | General Unsecured 726 | $ 234.85 | $ 0.02 |
| 000005 | University of Michigan Physicians<br>c/o L.J. Ross Associates, Inc.<br>P.O. Box 2317<br>Ann Arbor, MI 48106-2317 | General Unsecured 726 | $ 64.20 | $ 0.00 |
| 000006 | FDS BANK/MACY'S<br>TSYS DEBT MGMT.,INC<br>P.O. BOX 137<br>COLUMBUS, GA 31902-0137 | Payments to Unsecured Credit Card Holders | $ 164.21 | $ 0.01 |
| 000007 | St. Francis Bank<br>Atty. Roert Pyzyk<br>Niebler, Pyzyk, Klaver & Wagner LLP<br>N94W17900 Appleton Ave., #200<br>PO Box 444<br>Menomonee Falls, WI 53052-0444 | General Unsecured 726 | $ 333,273.61 | $ 23.54 |

## PROPOSED DISTRIBUTION REPORT - continued

CASE NAME:   Christopher E. & Leah S. Seter          CASE NO.:   05-37849-JES-7

| Claim No. | Name of Claimant | Type of Claim/Notes | Amount of Allowed Claim | Amount of Dividend |
|---|---|---|---|---|
| 000008 | United Hospital System, Inc.<br>Oliver Adjustment Co.<br>of Kenosha & Racine<br>3917 - 47th Ave.<br>Kenosha, WI 53144 | General Unsecured 726 | $ 682.64 | $ 0.05 |
| 000009 | Miles A. Seter<br>c/o Whyte Hirschboeck Dudek S.C.<br>Attn: Patrick B. Howell<br>555 E. Wells St., Suite 1900<br>Milwaukee, WI 53202 | General Unsecured 726 | $ 327,713.58 | $ 23.14 |
| 000010 | US BANK CORP/RETAIL PAYMENT SOLUTIONS<br>PO BOX 5229<br>CINCINNATI, OHIO 45201 | Payments to Unsecured Credit Card Holders | $ 10,209.73 | $ 0.72 |
| 000011 | MBNA America Bank NA<br>Mailstop DE5-014-02-03<br>PO Box 15168<br>Wilmington, DE 19850 | Payments to Unsecured Credit Card Holders | $ 17,678.03 | $ 1.25 |

IV.   LATE FILED CLAIMS:

| Claim No. | Name of Claimant | Type of Claim/Notes | Amount of Allowed Claim | Amount of Dividend |
|---|---|---|---|---|
| 000012 | B-Line, LLC/Cingular Wireless, LLC<br>Mail Stop 550<br>2101 Fourth Avenue, Suite 1030<br>Seattle, WA 98121 | Tardy General Unsecured 726 | $ 525.42 | $ 0.00 |
| 000013 | B-Line, LLC/Cingular Wireless, LLC<br>Mail Stop 50<br>2101 Fourth Avenue, Suite 1030<br>Seattle, WA 98121 | Tardy General Unsecured 726 | $ 766.08 | $ 0.00 |

V.   FINES, PENALTIES OR FORFEITURE INCLUDING TAX PENALTIES:

| Claim No. | Name of Claimant | Type of Claim/Notes | Amount of Allowed Claim | Amount of Dividend |
|---|---|---|---|---|
| 000014A | State of Wisconsin<br>Department of Revenue<br>PO Box 8901<br>Madison, WI 53708-8901 | Fines, Penalties 726 | $ 168.63 | $ 0.00 |

PROPOSED DISTRIBUTION REPORT - continued

CASE NAME:   Christopher E. & Leah S. Seter      CASE NO.:  05-37849-JES-7

TOTAL AMOUNT TO BE DISTRIBUTED:            $6,018.14